# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11792

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

*versus*

DAVID SCHIEFERLE,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cr-20083-KMW-1

_____

2              Order of the Court              23-11792

ORDER:

Defendant-Appellant David Schieferle's Motion for Release Pending Appeal is DENIED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE