# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11792

_____

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

*versus*

DAVID SCHIEFERLE,

                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cr-20083-KMW-1

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 1, 2024

For the Court: DAVID J. SMITH, Clerk of Court